THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HAYWARD, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Baldwin* (149 AD2d 976). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—sodomy, first degree, and other charges.) Present— Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.